UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BATISTA,

                Plaintiff,

-against-

CONSOLIDATED EDISON OF NEW YORK, INC.,
                Defendant.

24-CV-00082 (JHR)(RFT)

**STATUS CONFERENCE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic status conference on, **July 10, 2024 at 10:30 A.M**. The parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 680 513 203#**.

DATED: July 8, 2024
        New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge