# THE MERMIGIS LAW GROUP, P.C.

85 Cold Spring Road

Syosset, NY 11791

516-353-0075

MermigisLaw@GMail.com

James Mermigis, Esq.
———————————————-
Kimberly Anzaldi, Sr. Paralegal
Stacey Kallos, Paralegal

New York/Naples FL.

> In light of Plaintiff's consent to the defendant's request for a stay of discovery, a stay of discovery is granted until 14 days after a decision on the defendant's pending motion to dismiss. The initial case management conference scheduled for July 17, 2024 is hereby adjourned sine die. The Clerk of Court is respectfully directed to terminate ECF 26.
>
> DATED: July 12, 2024
>        New York, New York
>
> SO ORDERED
>
> _/s/ Robyn F. Tarnofsky_
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

July 12, 2024

Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Anthony Batista v. Consolidated Edison of New York, Inc.
            Docket No. 1:24-cv-00082-JHR-RFT

Dear Judge Tarnofsky:

    I am the Attorney for Plaintiff in this action.

    I write this Letter to notify this Honorable Court that the Plaintiff will not oppose Defendant's request to stay discovery pending resolution of Defendant's Motion.

    I thank this Honorable Court for its time and consideration.

                         Respectfully submitted,

                         /s/ _James Mermigis, Esq._

                         James Mermigis, Esq.