UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BATISTA,

                       Plaintiff,

  -against-

CONSOLIDATED EDISON OF NEW YORK, INC.,

                      Defendant.

24cv00082 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant shall respond to the Second Amended Complaint by **May 16, 2025.** If Defendant files a motion to dismiss, it may also file a letter-motion to stay discovery by **May 16, 2025**, since the prior discovery stay (ECF 30) expired on April 1, 2025. Plaintiff shall have until **June 16, 2025** to file an opposition to a motion to dismiss and to a letter-motion to stay discovery (ECF 37), and Defendant shall have until **June 30, 2025** to file a reply brief in further support of a motion to dismiss.

DATED: April 18, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge