UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
 

ANTHONY BATISTA,

       Plaintiff,

   -against-

CONSOLIDATED EDISON OF NEW YORK, INC.,

       Defendant.
-------------------------------------------------------X

24-CV-82 (VSB) (RFT)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. (Doc. 49.) Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days.

SO ORDERED.

Dated: August 6, 2025
   New York, New York

               *Vernon Broderick* (signature)
               Vernon S. Broderick
               United States District Judge